USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/21/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

SYLINIA JACKSON, ON BEHALF OF HERSELF AND ALL OTHER PERSONS SIMILARLY SITUATED,

               Plaintiffs,

v.

HYLAND'S CONSUMER HEALTH, INC.,

               Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## MEMORANDUM ENDORSED

Civil Action No.: 1:24-cv-03919-GHW

**NOTICE OF VOLUNTARY DISMISSAL**

    Plaintiff(s), SYLINIA JACKSON, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above entitled action with prejudice and without fees and costs against Defendant, HYLAND'S CONSUMER HEALTH, INC.

Dated: New York, New York
         October 19, 2024

**GOTTLIEB & ASSOCIATES PLLC**

s/Dana L. Gottlieb
Dana L. Gottlieb, Esq (DG-6151)
Jeffrey M. Gottlieb, Esq. (JG-7905)
150 East 18th Street
Suite PHR
150 East 18th Street
New York, New York 10003
(212)879-0240
Attorneys for Plaintiffs

SO ORDERED:

_____
United States District Court Judge

Plaintiff has voluntarily dismissed this case with prejudice under Fed. R. Civ. P. 41(a)(1)(A)(i). The Clerk of Court is directed to close this case.

SO ORDERED.

Dated: October 21, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge